Josephine Gerrard (CBN 303221)
1791 Solano Avenue, Suite F01
Berkeley, CA 94707
Phone (510) 838-0529
Fax (510) 280-1635
Jo@gerrardlawoffices.com
Attorney for Dale Massimo

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Dale Massimo<br>　　　　　Plaintiff,<br> v.<br><br>Commissioner of Social Security<br>　　　　　Defendant. | Case No.: 2:18-cv-00086-DMC<br><br>STIPULATION AND ORDER FOR A 45 DAY EXTENSION TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　　The parties stipulate, subject to the approval of the court, Plaintiff be granted a 45-day extension to February 27 2019 to file Plaintiff's Motion for Summary Judgment.

　　　This is Plaintiff's first request for an extension. Therefore, the parties jointly request an extension up to and including February 27, 2018.

STIPULATION AND ORDER FOR A 45 DAY EXTENSION TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1

Respectfully Submitted,

/s/ Josephine M. Gerrard
JOSEPHINE M. GERRARD
1791 Solano Avenue, Suite F01 Berkeley, CA 94707
510 524 6754
Email:jo@gerrardlawoffices.com
ATTORNEY FOR PLAINTIFF

**/s/ by email**

**Margaret Branick-Abilla**
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
415-977-8929
Email: margaret.branick-abilla@ssa.gov
*LEAD ATTORNEY*

**Edward Alan Olsen , ss**
U.S. Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
916-554-2821
Fax: 916-554-2900
Email: Edward.Olsen@usdoj.gov
*ATTORNEY TO BE NOTICED*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 15, 2019



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR A 45 DAY EXTENSION TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 3