MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DALE MASSIMO, | Case No. 2:18-cv-00086-DMC |
|     Plaintiff, | **STIPULATION & ORDER FOR EXTENSION OF TIME** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 35-day extension of time, from March 29, 2019 to May 3, 2019, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because additional time is needed to review and evaluate the administrative record, to consider the issues raised in Plaintiff's Motion, to determine

whether options exist for settlement, prepare Defendant's response if settlement is not possible, and to accommodate pre-planned leave and a high number of briefs due in March and April. Plaintiff does not oppose Defendant's request for an extension of time.

                                        Respectfully submitted,

Dated: March 25, 2019         GERRARD LAW OFFICES

                                        By:*/s/ Josephine M. Gerrard\**
                                                JOSEPHINE M. GERRARD
                                                Attorneys for Plaintiff
                                                [*As authorized by e-mail on Mar. 25, 2019]

Dated: March 28, 2019         MCGREGOR W. SCOTT
                                        United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                        By: */s/ Margaret Branick-Abilla*
                                              MARGARET BRANICK-ABILLA
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 28, 2019

                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE